**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley E. Nelson,<br><br>    Petitioner,<br><br>vs.<br><br>David Shinn, Director of the Arizona Department of Corrections; and Mark Brnovich, Attorney General of the State of Arizona,<br><br>    Respondents. | No. CV-18-08125-PHX-DGC (DMF)<br><br>**ORDER** |

  Petitioner Stanley Nelson is confined in Arizona state prison, serving a 10-year sentence on stolen property and drug offenses. Doc. 20 at 9-21. In March 2020, the Court accepted Judge Fine's recommendation that his federal habeas petition – which asserted ineffective assistance of counsel claims – be denied as untimely. Docs. 13, 25, 28. The Court also denied Nelson's motion of ineffective assistance counsel and motion to subpoena his attorney's records from the state court proceedings. Docs. 26-28. The Clerk entered judgment dismissing this action. Doc. 29. This Court and the Ninth Circuit have denied a certificate of appealability. Docs. 28, 34.

  Nelson has filed another motion seeking his attorney's records and a motion to prove ineffective assistance of counsel. Docs. 32, 33. As noted, Nelson's habeas petition

is time barred and this action has been dismissed.  *See* Docs. 28, 29.  Nelson provides no basis for the Court to reconsider the dismissal of this action or the denial of his motion for his attorney's records.  *See* LRCiv 7.2(g).  His new motions for his attorney's records and to prove ineffective assistance of counsel therefore will be denied.

**IT IS ORDERED** that Nelson's motions to produce his attorney's records and to prove ineffective assistance of counsel (Docs. 32, 33) are **denied**.

Dated this 18th day of September, 2020.

*David G. Campbell*

David G. Campbell
Senior United States District Judge