**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley E. Nelson, | No. CV-18-08125-PCT-DGC (DMF) |
| Petitioner, | **ORDER** |
| vs. | |
| David Shinn, Director of the Arizona Department of Corrections; and Mark Brnovich, Attorney General of the State of Arizona, | |
| Respondents. | |

Petitioner Stanley Nelson is confined in Arizona state prison, serving a 10-year sentence on stolen property and drug offenses.  Doc. 20 at 9-21.  In March 2020, the Court accepted Judge Fine's recommendation that his federal habeas petition – which asserted ineffective assistance of counsel claims – be denied as untimely.  Docs. 13, 25, 28.  The Court also denied Nelson's motions on ineffective assistance of counsel and for his attorney's records from the state court proceedings.  Docs. 26, 27, 28, 35.  The Clerk has entered judgment dismissing this action.  Doc. 29.  This Court and the Ninth Circuit have denied a certificate of appealability.  Docs. 28, 34.

Nelson has now filed a motion for the Court to list certain facts in the case.  Doc. 36. As noted, however, his habeas petition is time barred and this action has been

dismissed.  *See* Docs. 28, 29.  Nelson provides no basis for the Court to reconsider the dismissal of this action, *see* LRCiv 7.2(g), or to list the facts of the case.  His motion therefore will be denied.

**IT IS ORDERED:**

1.     Nelson's motion for the Court to list facts in the case (Doc. 36) is **denied**.

2.     Nelson shall file no further motions or documents in this dismissed action.

3.     The Clerk is directed to not accept further filings from Nelson in this case.

Dated this 22nd day of September, 2020.

David G. Campbell
Senior United States District Judge